423 A.2d 1321

Weiss v. Weiss, Appellant.

Argued September 10, 1979.  Ken Sawdoe, for appellant;  Bonnie D. Menaker, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.